**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PEGUES, ALEXANDER H.  § Case No. 09-75538
   PEGUES, PAMELA B.  §
             §
Debtor(s)  §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Clerk of The U S Bankruptcy Court
  211 South Court Street
  Rockford IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 07/26/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

  Dated:  06/17/2010    By:  /s/BERNARD J. NATALE
                  Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: PEGUES, ALEXANDER H. | § | Case No. 09-75538 |
| PEGUES, PAMELA B. | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,001.12 |
| *and approved disbursements of* | $ 4.74 |
| *leaving a balance on hand of* [1] | $ 5,996.38 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*
                                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BERNARD J. NATALE | $ 1,350.11 | $ |
| Attorney for trustee | BERNARD J. NATALE, LTD. | $ 1,391.25 | $ 17.76 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                  *Fees*                  *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,061.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.5 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Discover Bank | $ 6,028.05 | $ 572.91 |
| 2 | Bill Rowan | $ 3,000.00 | $ 285.12 |
| 3 | Chase Bank USA, N.A. | $ 8,972.10 | $ 852.72 |
| 4 | Chase Bank USA, N.A. | $ 3,280.76 | $ 311.81 |
| 5 | CANDICA L.L.C. | $ 12,780.80 | $ 1,214.70 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By:  /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: vgossett               Page 1 of 1                   Date Rcvd: Jul 02, 2010
Case: 09-75538                Form ID: pdf006              Total Noticed: 19

The following entities were noticed by first class mail on Jul 04, 2010.
db/jdb        +Alexander H. Pegues,   Pamela B. Pegues,   715 Stonebridge Lane,   Crystal Lake, IL 60014-8569
aty           +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
                Rockford, IL 61108-2582
aty           +Gioacchino Jack V Prato,   Prato & Associates, P.C.,   2725 35th Street,
                Oak Brook, IL 60523-2612
aty           +Scott E Hillison,   6833 Stalter Drive Ste 201,   Rockford, IL 61108-2582
tr            +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
                Rockford, IL 61108-2582
15022351      +1st Bank,   10961 S Parker Road,   Parker, CO 80134-7439
14853490      +1st Bank Gold Visa,   P.O. Box 150427,   Lakewood, CO 80215-0427
14853491       Bank of America,   P.O. Box 45224,   Jacksonville, FL 32232-5224
14853493      +Bill Rowan,   3118 River Park Drive,   Johnsburg, IL 60051-2939
15210828      +CANDICA L.L.C.,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
14853494       Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
15180353       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14853496      +Frontier Visa,   P.O. Box 13337,   Philadelphia, PA 19101-3337
14853497      +Jamin Patel,   4320 Gladstone Drive,   Lake In The Hills, IL 60156-6759
14853498      +United Visa,   P.O. Box 15153,   Wilmington, DE 19886-5153
The following entities were noticed by electronic transmission on Jul 02, 2010.
14853492       E-mail/Text: BANKRUPTCY@BELLCO.ORG                            Belco Credit Union,   P.O. Box 6611,
                Greenwood Village, CO 80155-6611
15101913       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 03 2010 02:26:48     Discover Bank,
                Dfs Services LLC,   PO Box 3025,   New Albany, Ohio 43054-3025
14853495      +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 03 2010 02:26:48     Discover Card,
                P.O. Box 6103,   Carol Stream, IL 60197-6103
15001287       E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2010 02:10:14     GE Money Bank,
                Recovery Management Systems Corp,   Attn: Ramesh Singh,   25 S E 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2010**                    **Signature:**    *Joseph Speetjens*